PETITION FOR WRIT OF HABEAS CORPUS: 28 USC §2254 (Rev. 9/10)
ADOPTED BY ALL FEDERAL COURTS IN TEXAS

IN THE UNITED STATES DISTRICT COURT

FOR THE __Southern__ DISTRICT OF TEXAS

__Houston__ DIVISION

United States Courts
Southern District of Texas
FILED

JAN 23 2023

Nathan Ochsner, Clerk of Court

PETITION FOR A WRIT OF HABEAS CORPUS BY
A PERSON IN STATE CUSTODY

__Marqvis Valanteé Tate__
PETITIONER
(Full name of Petitioner)

__Polunsky Unit__
CURRENT PLACE OF CONFINEMENT

vs.

__# 2199238__
PRISONER ID NUMBER

__1512046, 1512765, 1513398, 1513399,__
__1513400, 1513401, 1513402__

__O. Dickinson__
RESPONDENT
(Name of TDCJ Director, Warden, Jailor, or
authorized person having custody of Petitioner)

CASE NUMBER
(Supplied by the District Court Clerk)

INSTRUCTIONS - READ CAREFULLY

1. The petition must be legibly handwritten or typewritten and signed and dated by the petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2. Additional pages are not allowed except in answer to questions 11 and 20. Do not cite legal authorities. Any additional arguments or facts you want to present must be in a separate memorandum. The petition, including attachments, may not exceed 20 pages.

3. Receipt of the $5.00 filing fee or a grant of permission to proceed *in forma pauperis* must occur before the court will consider your petition.

4. If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show that you cannot prepay the fees and costs, and (2) if you are confined in TDCJ-CID, you must send in a certified *In Forma Pauperis* Data Sheet form from the institution in which you are confined. If you are in an institution other than TDCJ-CID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.

5. Only judgments entered by one court may be challenged in a single petition. A separate petition must be filed to challenge a judgment entered by a different state court.

6. Include all of your grounds for relief and all of the facts that support each ground for relief in this petition.

7. Mail the completed petition and one copy to the U. S. District Clerk. The "Venue List" in your unit law library lists all of the federal courts in Texas, their divisions, and the addresses for the clerk's offices. The proper court will be the federal court in the division and district in which you were convicted (for example, a Dallas County conviction is in the Northern District of Texas, Dallas Division) or where you are now in custody (for example, the Huntsville units are in the Southern District of Texas, Houston Division).

8. Failure to notify the court of your change of address could result in the dismissal of your case.

---

### PETITION

**What are you challenging?** (Check all that apply)

- [x] A judgment of conviction or sentence, probation or deferred-adjudication probation.   (Answer Questions 1-4, 5-12 & 20-25)
- [ ] A parole revocation proceeding.   (Answer Questions 1-4, 13-14 & 20-25)
- [ ] A disciplinary proceeding.   (Answer Questions 1-4, 15-19 & 20-25)
- [ ] Other: _____   (Answer Questions 1-4, 10-11 & 20-25)

**All petitioners must answer questions 1-4:**
Note: In answering questions 1-4, you must give information about the conviction for the sentence you are presently serving, even if you are challenging a prison disciplinary action. (Note: If you are challenging a prison disciplinary action, do not answer questions 1-4 with information about the disciplinary case. Answer these questions about the conviction for the sentence you are presently serving.) Failure to follow this instruction may result in a delay in processing your case.

1. Name and location of the court (district and county) that entered the judgment of conviction and sentence that you are presently serving or that is under attack: _____

   Harris County Jail, Houston, Texas in the 338th district currently serving Life with Parole.

2. Date of judgment of conviction: 05/23/2018

3. Length of sentence: Life with Parole, (7) life sentences

4. Identify the docket numbers (if known) and all crimes of which you were convicted that you wish to challenge in this habeas action: I dont know the docket numbers and I was convicted of (7) Aggravated Sexual Assaults.

-2-

**Judgment of Conviction or Sentence, Probation or Deferred-Adjudication Probation:**

5. What was your plea? (Check one)  ☑ Not Guilty   ☐ Guilty   ☐ Nolo Contendere

6. Kind of trial: (Check one)   ☐ Jury   ☑ Judge Only

7. Did you testify at trial?   ☐ Yes   ☑ No

8. Did you appeal the judgment of conviction?   ☐ Yes   ☑ No

9. If you did appeal, in what appellate court did you file your direct appeal? _The trial lawyer tricked me to sign a waiver of Appeal at trial._   Cause Number (if known): _____

   What was the result of your direct appeal (affirmed, modified or reversed)? _____

   What was the date of that decision? _____

   If you filed a petition for discretionary review after the decision of the court of appeals, answer the following:

   Grounds raised: _____

   Result: _____

   Date of result: _____   Cause Number (if known): _____

   If you filed a petition for a *writ of certiorari* with the United States Supreme Court, answer the following:

   Result: _____

   Date of result: _____

10. Other than a direct appeal, have you filed any petitions, applications or motions from this judgment in any court, state or federal? This includes any state applications for a writ of habeas corpus that you may have filed.   ☑ Yes   ☐ No

11. If your answer to 10 is "Yes," give the following information:

    Name of court: _Court of Criminal Appeals of Texas_

    Nature of proceeding: _To advise that court denied my writ for Habeas Corpus_

    Cause number (if known): _1512046, 1512765, 1513398, 1513399, 1513400, 1513401, 1513402_

-3-

Date (month, day and year) you <u>filed</u> the petition, application or motion as shown by a file-stamped date from the particular court: __03-10-2019__

Grounds raised: __Trial counsel ineffective Assistance of counsel for failure to request a competence hearing when Petitioner was under psychiatric medication.__

Date of final decision: __07-24-2019__

What was the decision? _____

Name of court that issued the final decision: __Court of Criminal Appeals of Texas__

As to any <u>second</u> petition, application or motion, give the same information:

Name of court: _____

Nature of proceeding: _____

Cause number (if known): _____

Date (month, day and year) you <u>filed</u> the petition, application or motion as shown by a file-stamped date from the particular court:
_____

Grounds raised: _____

_____

Date of final decision: _____

What was the decision? _____

Name of court that issued the final decision: _____

*If you have filed more than two petitions, applications or motions, please attach an additional sheet of paper and give the same information about each petition, application or motion.*

12. Do you have any future sentence to serve after you finish serving the sentence you are attacking in this petition?   ☐ Yes   ☑ No

(a) If your answer is "Yes," give the name and location of the court that imposed the sentence to be served in the future: _____

_____

(b) Give the date and length of the sentence to be served in the future: _____

_____

-4-

(c) Have you filed, or do you intend to file, any petition attacking the judgment for the sentence you must serve in the future? ☐ Yes ☒ No

**Parole Revocation:**

13. Date and location of your parole revocation: _____

14. Have you filed any petitions, applications or motions in any state or federal court challenging your parole revocation? ☐ Yes ☐ No

    If your answer is "Yes," complete Question 11 above regarding your parole revocation.

**Disciplinary Proceedings:**

15. For your original conviction, was there a finding that you used or exhibited a deadly weapon? ☐ Yes ☐ No

16. Are you eligible for release on mandatory supervision? ☐ Yes ☐ No

17. Name and location of the TDCJ Unit where you were found guilty of the disciplinary violation: _____

    Disciplinary case number: _____

    What was the nature of the disciplinary charge against you? _____

18. Date you were found guilty of the disciplinary violation: _____

    Did you lose previously earned good-time days? ☐ Yes ☐ No

    If your answer is "Yes," provide the exact number of previously earned good-time days that were forfeited by the disciplinary hearing officer as a result of your disciplinary hearing: _____

    Identify all other punishment imposed, including the length of any punishment, if applicable, and any changes in custody status: _____

19. Did you appeal the finding of guilty through the prison or TDCJ grievance procedure? ☐ Yes ☐ No

    If your answer to Question 19 is "Yes," answer the following:

    Step 1 Result: _____

-5-

C. **GROUND THREE:** DNA in Accuser and six other extraneous was inconclusive and my semen was not present.

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The medical examiner that prosecution said examined my D.N.A from Ohio fabricated finding my D.N.A in the accuser. And my D.N.A was not found in the (6) six extraneous cases on the other prostitutes because I never had sex with any of the women.

D. **GROUND FOUR:** falsified documents with the intent to impede, obstruct, and influence the jury to convict me.

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Harris County prosecutors coerced (6) six other witnesses to lie and say that I kidnapped and raped them for plea deals and other benefits. And the medical examiner from ohio falsified testimony that my D.N.A could have been in the (6) prostitutes.

21. Relief sought in this petition: I want to be exonerated and vindicated for wrongly being convicted of Aggravated Sexual Assault. You don't even have to pay me, just please drop the sexual assault conviction so I don't have to registrar for life and give me aggravated Assault time served and give me my freedom back please.

-7-

Wherefore, petitioner prays that the Court grant him the relief to which he may be entitled.

_____
Signature of Attorney (if any)

_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for a Writ of Habeas Corpus was placed in the prison mailing system on

__January 19, 2023_____ (month, day, year).

Executed (signed) on __01-19-2023_____ (date).

_____*Marquis V. Pate*_____
Signature of Petitioner (required)

Petitioner's current address: __Polunsky Unit - 3872 F.M. 350 South - Livingston, TX - 77351__

—10—



Marquis Valantee Tate
#2199238 Polunsky Unit
3872 F.M. 350 South
Livingston, Tx - US - 77351

CLERK
United States District Court
Southern District of Texas
Post Office Box 61010
Houston, Texas - 77208

United States Courts
Southern District of Texas
F I L E D
JAN 23 2023
Nathan Ochsner, Clerk of Court